IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:97-CR-00001-KDB-1

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SEAN LAMONT DUDLEY | ) | |
| | ) | |

**THIS MATTER** is before the Court upon Defendant Sean Lamont Dudley's *pro se* motion for yet another reconsideration of this Court's last two orders (Doc. Nos. 241, 243) denying a modification of his sentence under Amendment 782 to the United States Sentencing Guidelines. (Doc. No. 245).

The United States Court of Appeals for the Fourth Circuit has ruled that neither the federal statutes nor the Rules of Criminal Procedure authorize a motion for reconsideration in a criminal case. *United States v. Breit*, 754 F.2d 256, 530 (4th Cir. 1985) ("[D]efendant's remedies are limited by the statutes and Federal Rules of Criminal and Appellate Procedure . . . "). Accordingly, a defendant must file a notice of appeal within 14 days after the entry of the order being appealed. Fed. R. App. P. 4(b)(1)(A)(i).

**IT IS, THEREFORE, ORDERED**, that Defendant's *pro se* motion for reconsideration (Doc. No. 245), is **DISMISSED**.

The Clerk is directed to certify copies of this Order to the defendant and the United States Attorney.

Signed: October 20, 2022

Kenneth D. Bell
United States District Judge